UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :    **INFORMATION**
                                    :
JUAN MEDINA,                        :    14 Cr. 798 (NSR)
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

On or about September 3, 2014, in the Southern District of New York and elsewhere, in a matter within the jurisdiction of the executive branch of the Government of the United States, JUAN MEDINA, the defendant, knowingly and willfully falsified, concealed, and covered up by trick, scheme, and device a material fact, and made materially false, fictitious, and fraudulent statements and representations, to wit, MEDINA falsely told federal agents of the United States Secret Service that he was not responsible for an emergency call reporting a fictitious threat against the President of the United States.

(Title 18, United States Code, Section 1001(a).)

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN MEDINA,

Defendant.

INFORMATION

14 Cr. _____

(18 U.S.C. § 1001(a).)

PREET BHARARA
United States Attorney.